Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND<br><br>Plaintiffs,<br><br>vs.<br><br>SHEPARD EXPOSITION SERVICES, INC., a Georgia corporation<br><br>Defendant. | Case No.:<br><br>**COMPLAINT** |

Plaintiffs allege:

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1500, and the Court has jurisdiction pursuant to 29 U.S.C. § 1132(e).

2. Plaintiffs are the Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and Trustees of the Teamsters Convention Industry Training Fund ("Trust Funds") and consist of fiduciaries for purposes of ERISA.

20123855                                     1

3. Defendant Shepard Exposition Services, Inc. ("Shepard"), a company that is incorporated under the laws of Georgia, acted as an employer within the State of Nevada employing persons ("Covered Employees") who perform work covered by a collective bargaining agreement ("CBA") between Shepard and the International Brotherhood of Teamsters Local 631 ("Union").

4. The Trust Funds are ERISA employee benefit Trust Funds that provides benefits to Covered Employees.

5. The CBA incorporates by reference the Trust Agreement establishing the Trust Funds ("Trust Agreements").

6. The CBA, the Trust Agreement, and 29 U.S.C. § 1145 require each employer, including Shepard, to make timely contributions to the Trust Funds on behalf of each employee who performs work covered by the CBA.

7. The CBA, the Trust Agreement, and 29 U.S.C. § 1132(g) provide for assessment of audit fees, court costs, expenses, interest, attorneys' fees and liquidated damages against an employer in the event the employer defaults in making payments to the Trust Funds and legal proceedings are required to recover such payments.

**SOLE CLAIM FOR RELIEF**
Delinquent Contributions

8. Paragraphs 1 through 7 are incorporated by reference as though fully set forth herein.

9. Shepard has failed to meet its obligations to remit employee benefit contributions to the Trust Funds as set forth in the CBA and Trust Agreement.

10. As a result of its delinquency, Shepard is liable to the Trust Funds for unpaid contributions, interest, liquidated damages, audit fees, and attorneys' fees.

WHEREFORE, Plaintiffs pray for relief as follows:

1. A judgment against Shepard in an amount demonstrated at trial for unpaid contributions, liquidated damages, interest, court costs and attorney's fees as required by ERISA and the Trust Agreement;

2. For other equitable relief as provided by ERISA, including but not limited to injunctive relief; and

3. For such other and further relief as the Court deems proper.

Dated: January 24, 2020   BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

20123855

3